IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02750-BNB

ROBERT BLACKMAN,

     Plaintiff,

v.

BLAKE DAVIS, Complex/ADMAX Warden,
RUSSELL KRIST, Captain,
MR. RIVERS, Lieutenant,
MR. BATULIS, Correctional Officer, and
MR. R. GOMEZ, Correctional Officer,

     Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, Robert Blackman, is in the custody of the federal Bureau of Prisons and is incarcerated at the United States Penitentiary in Florence, Colorado.  Mr. Blackman has filed *pro se* a Prisoner Complaint pursuant to 28 U.S.C. § 1331 and ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971).

In a November 1, 2011 Order, Magistrate Judge Boyd N. Boland granted Mr. Blackman leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Based on the information Plaintiff provided about his financial status, the court found that he was able to pay an initial partial filing fee of $6.00 pursuant to § 1915(b)(1).  Mr. Blackman was ordered to pay the initial partial filing fee within thirty (30) days from the date of the November 1 Order or show cause why he has no assets and no means by which to pay the designated initial partial filing fee.  Plaintiff was advised that in order to show cause, he must file a current certified copy of his trust fund account statement.

Mr. Blackman was warned that if he failed to have the designated initial partial filing fee sent to the clerk of the court within the time allowed, or to show cause as directed above, the Prisoner Complaint would be dismissed without further notice.

Mr. Blackman has failed either to pay the initial partial filing fee within the time allowed, as designated in the November 1 Order or, in the alternative, to show cause why he has no assets and no means by which to pay the designated fee.  Indeed, Mr. Blackman has not filed anything with the Court since November 1, 2011.  Accordingly, it is

ORDERED that the action is dismissed without prejudice for Mr. Blackman's failure either to pay an initial partial filing fee of $6.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this   8th   day of ___December___, 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court